Filed 8/14/26  P. v. Morales CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D086758 |
| Plaintiff and Respondent, | (Super. Ct. No. SCD104976) |
| v. | |
| MARK J. MORALES, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Diego County, Robert F. O'Neill, Judge.  Affirmed.

Mark J. Morales, in pro. per., and Jason L. Jones, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Mark J. Morales was convicted of murder in 1995 and other crimes and was sentenced to prison for life without parole.  In 2025 Morales made a motion to be granted a hearing under *People v. Franklin* (2016) 63 Cal.4th 261, and *In re Cook* (2019) 7 Cal.5th 439.  The trial court summarily denied the motion, citing *People v. Hardin* (2024) 15 Cal.5th 834.

Morales filed a timely notice of appeal.

Appellate counsel has filed a brief under the authority of *People v. Delgadillo* (2022) 14 Cal.5th 216, indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel notes this court has the discretion to independently review the record for error.

We notified Morales that he could file his own brief on appeal. Morales has filed a brief. In his brief, Morales argues other prisoners who are similarly situated have access to youthful offender programs that he is being denied. Morales has not raised any issues that are arguably sufficient to justify relief on this record.

DISCUSSION

As we have noted, appellate counsel has filed a *Delgadillo* brief and argues the court has the authority to independently review the record for error. Given the court's authority to review the record, counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal. Specifically, counsel raises the possible issue in compliance with *Anders v. California* (1967) 386 U.S. 738: whether the court erred in denying the motion for a *Franklin* hearing in light of *People v. Hardin, supra,* 15 Cal.5th 834.

The court has independently reviewed the record for error. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Morales in this appeal.

## DISPOSITION

The order denying Morales's motion for a *Franklin* hearing is affirmed.


                                                          HUFFMAN, J.*

WE CONCUR:


O'ROURKE, Acting P. J.


CASTILLO, J.

---

\*       Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3